IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
JUL 3 1 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

| | |
|---|---|
| JOEL T. STEINMETZ, | CAUSE NUMBER: CV 13-94-BLG-SEH-CSO |
| Plaintiff, | |
| vs. | MOTION FOR IMMEDIATE INTERIM RELIEF |
| U.S. POSTAL SERVICE ("USPS"), POSTMASTER GENERAL PATRICK R. DONAHOE, and agents or participants, | |
| Defendant. | DATE: July 31, 2013 |

**MOTION FOR IMMEDIATE INTERIM RELIEF**

Mr. Steinmetz seeks immediate interim relief in the amount of $50,000. Additionally, Mr. Steinmetz seeks immediate reinstatement; all back pay and benefits; interests; a regular biweekly paycheck and any other appropriate relief.

Mr. Steinmetz was not removed for any charge against him; was not removed for cause; was not removed for unacceptable performance; and was not removed for the efficiency of service.

Mr. Steinmetz was not provided a proposed removal notice but rather, was just removed without being provided due process rights and then required to go through the agency's administrative remedy processes without any property interest, that is, without continued employment or continued pay.

In *Stone v. FDIC*, No. 98-3012 (June 11, 1999), the U.S. Court of Appeals for the Federal Circuit ("Fed. Cir.") held that before an agency can remove a tenured federal

employee and especially when that employee is a disabled person occupying an American with Disabilities Act ("ADA") accommodation position, the agency is required to follow special procedures and specifically provide that employee with a proposed removal notice identifying the charge and material in which the agency intends to rely upon (see attached Tab 12(a)). The agency is also required to continually employ and continue paying the employee while going through the administrative processes.

DATE: July 31, 2013

Joel T. Steinmetz

## CERTIFICATE OF SERVICE

I, JOEL T. STEINMETZ, do hereby certify that this MOTION FOR IMMEDIATE INTERIM RELIEF, before this court, was (were) served on the following entities in the following manner:

1. Hand-delivered

   U.S. District Court Clerk
   James F. Battin Courthouse
   2601 2nd Avenue North, Suite 1200
   Billings, MT 59101

2. Certified U.S. Mail
   # 7012 0470 0000 8789 0470

   U.S. Postal Service
   Hon. Patrick R. Donahoe
   475 L'Enfant Plaza SW
   Washington, D.C. 20260-0004

DATE:   July 31, 2013

Joel T. Steinmetz

## AFFIDAVIT OF JOEL T. STEINMETZ

I, JOEL T. STEINMETZ, affirm under penalty of law (perjury) that the forgoing is true, correct, and to the best of my ability.

DATE: 07/31/2013

Joel T. Steinmetz

STATE OF MONTANA

City / County of Yellowstone

On this 31 day of July, 2013, before me, a Notary Public for the State of Montana, personally appeared Joel Steinmetz, known to me to be the person whose name is subscribed to the within instrument and acknowledge to me that he/she executed the same.

TAMMY RAE AUSTIN
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
December 19, 2016

Notary Public for the State of Montana
Residing at Billings
My Commission expires Dec 19, 2016