
FILED

SEP 1 2 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| JOEL STEINMETZ,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATE POSTAL SERVICE,<br>PATRICK R. DONAHOE, and<br>KNOWN AND UNKNOWN<br>AGENTS OR PARTICIPANTS,<br><br>               Defendants. | CV 13-94-BLG-SEH<br><br><br>ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and

Recommendation[1] on August 7, 2013. Plaintiff filed objections on August 20,

2013.[2] The Court reviews *de novo* findings and recommendations to which

---

[1] Document No. 6.

[2] Document No. 8.

objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1. Plaintiff's Motion for Immediate Interim Relief[3] is DENIED.

2. Plaintiff's Complaint[4] is DISMISSED.

3. Plaintiff's Motion for Interim Relief[5] is DENIED AS MOOT.

4. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Fed.R.App.P. 24(a)(3)(A) that any appeal of this decision would not be taken in good faith.

5. The Clerk is directed to enter judgment accordingly.

DATED this 12th day of September, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 5.

[4] Document No. 2.

[5] Document No. 9.

-2-