UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| Joel Steinmetz,<br>　　　　　　Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | Case No. CV-13-094-BLG-SEH |
| U.S. Postal Service, et al.,<br>　　　　　　Defendants. | |

_____

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

  Dated this 12th day of September, 2013.

        TYLER P. GILMAN, CLERK

        By: /s/ T. Gesh
        T. Gesh, Deputy Clerk